**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RE: ESTATE OF IRENE OLICK      :  No. 10 MM 2019
BUNGARDY, DECEASED         :
                                 :
                                 :
PETITION OF: THOMAS W. OLICK  :

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of March, 2019, the "Motion to Reinstate Case," treated as a Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, is DENIED.